IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MOGAN,

        **Plaintiff,**

    v.

THE REASON FOUNDATION and
EUGENE VOLOKH,

        **Defendants.**

**Civil No. 1:25-cv-10508**

**DEFENDANT REASON FOUNDATION'S MOTION TO DISMISS PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) & 12(b)(6) AND FOR
ATTORNEYS' FEES PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE**

Defendant Reason Foundation respectfully moves this Court to dismiss the claims against

it pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and, if the Court

determines that it has jurisdiction, to dismiss the Amended Complaint with prejudice and award

Reason its reasonable attorneys' fees and costs under the California anti-SLAPP statute,

California Code of Civil Procedure § 425.16. In support of this motion, Reason submits a

memorandum of law, the declaration of Emily Williams, Esquire with attached exhibits, and the

declaration of Mike Alissi.

For the reasons set forth in the accompanying memorandum of law, Reason respectfully

requests that the Court grant its motion, dismiss the Amended Complaint, and, if jurisdiction is

proper, award Reason its attorneys' fees and costs in defending against this meritless lawsuit.

Dated:  September 9, 2025       Respectfully submitted,

BALLARD SPAHR LLP

By: */s/Isabella Salomão Nascimento*
Isabella Salomão Nascimento
Ballard Spahr LLP
2000 IDS Center, 80 S Eighth Street
Minneapolis, MN 55402
Tel: 612.371.3281
Fax: 612.371.3207
salomaonascimentoi@ballardspahr.com

Lynn Rzonca, IL Bar No. 6207592
Michael Berry (*admitted pro hac vice*)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Tel: 215.665.8500
Fax: 215.864.8999
berrym@ballardspahr.com
rzoncal@ballardspahr.com

Emily Williams (*admitted pro hac vice*)
Ballard Spahr LLP
1301 Second Ave, Suite 2800
Seattle, WA 98101
Tel: 206.223.7000
Fax: 206.2237107
williamsea@ballardspahr.com

*Attorneys for Defendant Reason Foundation*

**PROPOSED BRIEFING SCHEDULE**

Pursuant to Judge Perry's standing order on Motion Practice and Memoranda of Law,

Reason's attorneys conferred with Mr. Mogan regarding a proposed briefing schedule for its

Motion to Dismiss.  Mr. Mogan requested four weeks to respond to the Motion to Dismiss and

agreed that Reason could have 17 days to reply.  Reason therefore proposes the following

briefing schedule:

| | | |
|---|---|---|
| Response to Motion to Dismiss | 28 days | October 7, 2025 |
| Reply in Support of Motion to Dismiss | 17 days | October 25, 2025 |

Dated:  September 9, 2025            Respectfully submitted,

BALLARD SPAHR LLP

By: */s/Isabella Salomão Nascimento*
Isabella Salomão Nascimento
Ballard Spahr LLP
2000 IDS Center, 80 S Eighth Street
Minneapolis, MN 55402
Tel: 612.371.3281
Fax: 612.371.3207
salomaonascimentoi@ballardspahr.com

Lynn Rzonca, IL Bar No. 6207592
Michael Berry (*admitted pro hac vice*)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Tel: 215.665.8500
Fax: 215.864.8999
berrym@ballardspahr.com
rzoncal@ballardspahr.com

Emily Williams (*admitted pro hac vice*)
Ballard Spahr LLP
1301 Second Ave, Suite 2800

Seattle, WA 98101
Tel: 206.223.7000
Fax: 206.2237107
williamsea@ballardspahr.com

*Attorneys for Defendant Reason Foundation*